**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: MCKENZIE, GLORIA J.    § Case No. 10-70635
                              §
                              §
Debtor(s)                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $128,280.20    Assets Exempt: $13,279.20
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,403.55    Claims Discharged
                                              Without Payment: $43,644.50

Total Expenses of Administration: $2,898.06

---

   3) Total gross receipts of $ 10,301.61 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,301.61
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $132,376.04 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,898.06 | 2,898.06 | 2,898.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 36,830.18 | 14,217.87 | 14,217.87 | 7,403.55 |
| **TOTAL DISBURSEMENTS** | $169,206.22 | $17,115.93 | $17,115.93 | $10,301.61 |

4) This case was originally filed under Chapter 7 on February 16, 2010. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/16/2012          By: /s/JOSEPH D. OLSEN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Trailer and Lot located at 1119 Gold, Rockford, | 1110-000 | 5,700.00 |
| Trailer and Lot located at 1123 Gold, Rockford I | 1110-000 | 2,000.00 |
| Trailer and Lot located at 1121 Gold, Rockford, | 1110-000 | 2,600.00 |
| Interest Income | 1270-000 | 1.61 |
| **TOTAL GROSS RECEIPTS** | | **$10,301.61** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | STILLMAN BANCCORP N.A. | 4110-000 | 132,376.04 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$132,376.04** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,780.16 | 1,780.16 | 1,780.16 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 76.56 | 76.56 | 76.56 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Yalden, Olsen & Willette | 3110-000 | N/A | 916.50 | 916.50 | 916.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 7.21 | 7.21 | 7.21 |
| The Bank of New York Mellon | 2600-000 | N/A | 17.63 | 17.63 | 17.63 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,898.06** | **$2,898.06** | **$2,898.06** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | N/A | 14,217.87 | 14,217.87 | 7,403.55 |
| NOTFILED | Oregon Ambulance Service, Inc. | 7100-000 | 826.72 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Memorial Hospital | 7100-000 | 2,772.15 | N/A | N/A | 0.00 |
| NOTFILED | KSB Medical Group | 7100-000 | 1,181.78 | N/A | N/A | 0.00 |
| NOTFILED | Cardmember srevice | 7100-000 | 14,217.87 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards Processing Center | 7100-000 | 15,881.66 | N/A | N/A | 0.00 |
| NOTFILED | Joseph M. Crisham, D.D.S. | 7100-000 | 1,950.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $36,830.18 | $14,217.87 | $14,217.87 | $7,403.55 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-70635  
**Case Name:** MCKENZIE, GLORIA J.

**Period Ending:** 05/16/12

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 02/16/10 (f)  
**§341(a) Meeting Date:** 03/25/10  
**Claims Bar Date:** 07/06/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Trailer and Lot located at 1119 Gold, Rockford, | 3,333.00 | 7,500.00 | | 5,700.00 | FA |
| 2 | Trailer and Lot located at 1123 Gold, Rockford I | 3,333.00 | 7,900.00 | | 2,000.00 | FA |
| 3 | Trailer and Lot located at 1121 Gold, Rockford, | 3,333.00 | 7,900.00 | | 2,600.00 | FA |
| 4 | Home located at 615 Devils Backbone, IL 61061 he | 125,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Cash on hand | 17.00 | 0.00 | DA | 0.00 | FA |
| 6 | Savings Account with Rockford Bell Credit Union | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Checking account with Stillman Valley Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Checking account with U.S. Bank | 63.20 | 0.00 | DA | 0.00 | FA |
| 9 | Household Goods | 350.00 | 0.00 | DA | 0.00 | FA |
| 10 | Wearing Apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1996 Ford Explorer with 204,600 miles | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | Horse Trailer | 400.00 | 0.00 | DA | 0.00 | FA |
| 13 | Utility Trailer | 400.00 | 0.00 | DA | 0.00 | FA |
| 14 | Horse | 200.00 | 0.00 | DA | 0.00 | FA |
| 15 | saddle & bridle | 150.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.61 | Unknown |
| 16 | Assets  Totals (Excluding unknown values) | **$138,279.20** | **$23,300.00** | | **$10,301.61** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    January 31, 2012    **Current Projected Date Of Final Report (TFR):**    January 31, 2012

Printed: 05/16/2012 01:37 PM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-70635
**Case Name:** MCKENZIE, GLORIA J.

**Taxpayer ID #:** **-***2434
**Period Ending:** 05/16/12

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****50-65 - Money Market Account
**Blanket Bond:** $820,095.60   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/13/10 | | Gloria McKenzie | Turnover installment payments (rents) | | | 950.00 | | 950.00 |
| | {1} | | installment pymt. | 350.00 | 1110-000 | | | 950.00 |
| | {2} | | installment pymt. | 300.00 | 1110-000 | | | 950.00 |
| | {3} | | installment pymt. | 300.00 | 1110-000 | | | 950.00 |
| 04/20/10 | | Wire out to BNYM account 9200******5065 | Wire out to BNYM account 9200******5065 | | 9999-000 | -950.00 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -950.00 | 0.00 | |
| **Subtotal** | 950.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$950.00** | **$0.00** | |

{} Asset reference(s)

Printed: 05/16/2012 01:37 PM    V.13.02

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-70635 | | Trustee: | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- | --- |
| Case Name: | MCKENZIE, GLORIA J. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******50-65 - Checking Account |
| Taxpayer ID #: | **-***2434 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 05/16/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5065 | Wire in from JPMorgan Chase Bank, N.A. account ********5065 | 9999-000 | 950.00 | | 950.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.02 | | 950.02 |
| 05/11/10 | {1} | Jack Campbell | pymt. of rent | 1110-000 | 350.00 | | 1,300.02 |
| 05/11/10 | {3} | David Hooper | monthly rent | 1110-000 | 600.00 | | 1,900.02 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 1,900.11 |
| 06/08/10 | {1} | Jack Campbell | pymt on 1119 Goldriver | 1110-000 | 350.00 | | 2,250.11 |
| 06/14/10 | | David Hooper | mo. pymt. | | 600.00 | | 2,850.11 |
| | {2} | | 300.00 | 1110-000 | | | 2,850.11 |
| | {3} | | 300.00 | 1110-000 | | | 2,850.11 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.14 | | 2,850.25 |
| 07/12/10 | {1} | Sheryl A. Rodbro | monthly pymt for Jack Campbell | 1110-000 | 350.00 | | 3,200.25 |
| 07/19/10 | | David Hooper | rental pymt. | | 600.00 | | 3,800.25 |
| | {2} | | 300.00 | 1110-000 | | | 3,800.25 |
| | {3} | | 300.00 | 1110-000 | | | 3,800.25 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.20 | | 3,800.45 |
| 08/04/10 | {1} | Sheryl A. Rodbro | mo. pymt. of rent | 1110-000 | 350.00 | | 4,150.45 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.23 | | 4,150.68 |
| 09/08/10 | {1} | Sheryl A. Rodbro | monthly pymt. re: 1119 Gold River Dr. | 1110-000 | 350.00 | | 4,500.68 |
| 09/10/10 | | David Hooper | monthly rental pymt. | | 600.00 | | 5,100.68 |
| | {3} | | 300.00 | 1110-000 | | | 5,100.68 |
| | {2} | | 300.00 | 1110-000 | | | 5,100.68 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,100.71 |
| 10/05/10 | {1} | Sheryl A. Rodbro | mo. pymt. | 1110-000 | 350.00 | | 5,450.71 |
| 10/15/10 | | David Hooper | mo. pymt. | | 600.00 | | 6,050.71 |
| | {3} | | 300.00 | 1110-000 | | | 6,050.71 |
| | {2} | | 300.00 | 1110-000 | | | 6,050.71 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,050.75 |
| 11/05/10 | {1} | Sheryl A. Rodbro | mo. pymt. | 1110-000 | 350.00 | | 6,400.75 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,400.79 |
| 12/07/10 | {1} | Sheryl Rodbro | monthly pymt. | 1110-000 | 350.00 | | 6,750.79 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,750.84 |
| 01/04/11 | {1} | Sheryl Rodbro | mo. pymt. | 1110-000 | 400.00 | | 7,150.84 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,150.90 |
| 02/09/11 | {1} | Sheryl A. Rodbro | mo. pymt. | 1110-000 | 400.00 | | 7,550.90 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,550.95 |
| 03/07/11 | {1} | sheryl rodbro | | 1110-000 | 400.00 | | 7,950.95 |

Subtotals :   $7,950.95    $0.00

{} Asset reference(s)                                        Printed: 05/16/2012 01:37 PM     V.13.02

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-70635  
**Case Name:** MCKENZIE, GLORIA J.  
**Taxpayer ID #:** **-***2434  
**Period Ending:** 05/16/12

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******50-65 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 7,950.96 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 7,950.99 |
| 04/04/11 | {1} | Sheryl Rodbro | monthly pymt | 1110-000 | 400.00 | | 8,350.99 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,351.05 |
| 05/12/11 | {1} | Sheryl A. Rodbro | monthly pymt. | 1110-000 | 400.00 | | 8,751.05 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,751.12 |
| 06/01/11 | | To Account #9200******5066 | pay bond premium | 9999-000 | | 7.21 | 8,743.91 |
| 06/13/11 | {1} | Sheryl Rodbro | monthly pymt. | 1110-000 | 150.00 | | 8,893.91 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,893.98 |
| 07/07/11 | {1} | Sheryl Rodbro | mo. pymt. | 1110-000 | 400.00 | | 9,293.98 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,294.05 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 17.63 | 9,276.42 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,276.49 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,251.49 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,251.56 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,226.56 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,226.63 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,201.63 |
| 11/14/11 | | Jack Campbell | split pymt re: 1121 & 1123 Gold | | 500.00 | | 9,701.63 |
| | {2} | | | 250.00 | 1110-000 | | 9,701.63 |
| | {3} | | | 250.00 | 1110-000 | | 9,701.63 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,701.70 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,676.70 |
| 12/16/11 | | Jack Campbell | mo. pymt. | | 500.00 | | 10,176.70 |
| | {2} | | | 250.00 | 1110-000 | | 10,176.70 |
| | {3} | | | 250.00 | 1110-000 | | 10,176.70 |
| 12/29/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.07 | | 10,176.77 |
| 12/29/11 | | To Account #9200******5066 | Prep. of F. Rpt | 9999-000 | | 10,176.77 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,301.61 | 10,301.61 | $0.00 |
| | | | Less: Bank Transfers | | 950.00 | 10,183.98 | |
| | | | **Subtotal** | | 9,351.61 | 117.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,351.61** | **$117.63** | |

{} Asset reference(s)

Printed: 05/16/2012 01:37 PM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-70635
**Case Name:** MCKENZIE, GLORIA J.

**Taxpayer ID #:** **-***2434
**Period Ending:** 05/16/12

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******50-66 - Checking Account
**Blanket Bond:** $820,095.60  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/01/11 | | From Account #9200******5065 | pay bond premium | 9999-000 | 7.21 | | 7.21 |
| 06/01/11 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #10-70635, BOND #016018067 | 2300-000 | | 7.21 | 0.00 |
| 12/29/11 | | From Account #9200******5065 | Prep. of F. Rpt | 9999-000 | 10,176.77 | | 10,176.77 |
| 02/29/12 | 102 | Yalden, Olsen & Willette | Dividend paid 100.00% on $916.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 916.50 | 9,260.27 |
| 02/29/12 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,780.16, Trustee Compensation;  Reference: | 2100-000 | | 1,780.16 | 7,480.11 |
| 02/29/12 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $76.56, Trustee Expenses;  Reference: | 2200-000 | | 76.56 | 7,403.55 |
| 02/29/12 | 105 | Chase Bank USA, N.A. | Dividend paid  52.07% on $14,217.87; Claim# 1; Filed: $14,217.87; Reference: | 7100-000 | | 7,403.55 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,183.98 | 10,183.98 | $0.00 |
| | | | Less: Bank Transfers | | 10,183.98 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 10,183.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $10,183.98 | |

Net Receipts :   10,301.61
Net Estate :    $10,301.61

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****50-65** | 950.00 | 0.00 | 0.00 |
| **Checking # 9200-******50-65** | 9,351.61 | 117.63 | 0.00 |
| **Checking # 9200-******50-66** | 0.00 | 10,183.98 | 0.00 |
| | $10,301.61 | $10,301.61 | $0.00 |

{} Asset reference(s)

Printed: 05/16/2012 01:37 PM    V.13.02